UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br>Rafael Bowens | )<br>)<br>) Case No: 4:09-CR-00223-1<br>) USM No: 09887-021 |
| Date of Original Judgment: April 6, 2010<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment, if any)* | ) Tom Withers<br>) Defendant's Attorney |

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __90__ months **is reduced to** __78 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
M
3/16 2015
Deputy Clerk

Except as otherwise provided above, all provisions of the judgment dated __April 6, 2010,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __MARCH 16, 2015__

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: __November 1, 2015__
*(if different from order date)*